UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-22204-WILLIAMS/SIMONTON

LORALI, LLC,

    Plaintiff,

vs.

SMK ASSOCIATES, LLC and
FOREVER DUCKY, LLC,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Defendants' Motion for Leave to File an Amended Counterclaim and Transfer Venue [D.E. 71] and Plaintiff's Motion to Compel Discovery, Extend the Discovery Period, Amend the Scheduling Order and Continue Trial [D.E. 72]. As stated in Court at a May 14, 2014, hearing in this matter, it is ORDERED AND ADJUDGED as follows:

1. Defendants' Motion for Leave to File an Amended Counterclaim is DENIED. Defendants' have failed to show good cause to amend the pleadings after the deadline in the Court's Scheduling Order, as required under Fed. R. Civ. P. 16(b)(4).[1]

2. Defendants' Motion to Transfer Venue is DENIED.

3. Defendants' Motion to Extend the Discovery Deadline is DENIED.

---

[1] The Court described the lengthy procedural history in this case, and the repeated extensions of discovery and pleading deadlines already allowed, at the May 14, 2014, hearing.

4. Plaintiff's Motion to Compel Discovery is GRANTED IN PART. By 12:00 P.M. on May 15, 2014, Defendants shall provide Plaintiff with any addresses in their possession for witness John K. Jones.

5. Plaintiff's Motion to Extend the Discovery Period is GRANTED IN PART. The Court shall extend the discovery deadline to June 18, 2014, ONLY to allow Plaintiff's counsel to take the depositions of Martin Borg and Stephen Weisenfeld.

6. Plaintiff's Motion to Extend the Discovery Period to issue letters rogatory to Christopher Ber is DENIED.

7. The remaining issues contained in Plaintiff's Motion to Compel are hereby REFERRED to Magistrate Judge Andrea M. Simonton to take all necessary and proper action as required by law.

8. This matter is also REFERRED to Magistrate Simonton to hold a hearing to consider possible sanctions against Defendant based on its former counsel's representations to the Court regarding the circumstances of his withdrawal from this case and his continued representation of Defendants in a related case.

DONE AND ORDERED in Chambers in Miami, Florida, this 16th day of May, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Andrea M. Simonton
Counsel of record